UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:03CV00709 (CFD) |
| VS. | : | |
| CARSON WRIGHT, | : | |
| Defendant. | : | November 13, 2003 |

GOVERNMENT'S MOTION TO AMEND COMPLAINT

The Government hereby files this motion pursuant to Fed.R.Civ.P. 15(a) which permits the amending of pleadings by leave of court, and further provides that leave to amend "shall be freely given when justice so requires."

In support of this motion, the Government submits that it commenced this student loan collection action on April 21, 2003. The Government alleged that the Defendant, Carson Wright, had defaulted on a Nation Health Service Corps (NHSC) Scholarship Program. The NHSC Program provides students with tuition and other related funds. In exchange for receiving the funds, the student agrees that, upon graduation, he/she will provide full-time health services for a specified period of time, in an area designated by the Government as having a medical professional manpower shortage. The Defendant, Carson Wright filed his Answer on May 6, 2003, in which he stated that he may have fulfilled his service obligation. Dr. Wright's Answer prompted voluntary discovery, through which the Government was able to verify that some of the health services provided by Dr. Wright upon his graduation qualified as credit toward his service obligation. Accordingly, the Government has recalculated its debt, offsetting the amount of Dr. Wright's debt by the service credit to which he is entitled.

The Government has prepared an amended complaint (attached hereto) and an amended Certificate of Indebtedness reflecting the re-calculation of Dr. Wright's debt. The Government now seeks judgment in the amount of $6,764.83 as of November 12, 2003, with interest continuing to accrue in the amount of $1.09 per day from November 12, 2003 until the date of judgment; and thereafter, the imposition of interest at the legal rate.

Based upon the foregoing, and in the interest of justice, the Government respectfully requests that this motion be granted and that the attached Amended Complaint be docketed.

    Respectfully submitted,

    Kevin J. O'Connor
    United States Attorney


    Christine Sciarrino
    Assistant United States Attorney
    P.O. Box 1824
    New Haven, CT   06510
    (203) 821-3780
    Federal No. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing motion and amended complaint were mailed, postage prepaid, on this 13th day of November, 2003, to:

Carson Wright
50 Gellet Street
Apartment A-4
Hartford, CT　06105

_____
Christine Sciarrino

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | Docket No: 3:03CV00709(CFD) |
| Plaintiff, | : | |
| v. | : | |
| Carson Wright, | : | |
| Defendant. | : | |

## AMENDED COMPLAINT

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the defendant, Carson Wright is a resident of the District of Connecticut.

3. That the defendant is indebted to the plaintiff in the principal amount of $2,982.62, plus interest on this principal computed at the rate of 13.238% per annum in the amount of $3,782.21 as of November 13, 2003, until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff demands judgment against the defendant for the total of $6,764.83, which includes cost, plus interest at 13.238% per annum on the principal of $2,982.62 that has accrued from November 12, 2003, to the date of judgment.

-5-

Plaintiff further demands, pursuant to 28 U.S.C. Section 1961, that interest on the judgment be at the legal rate until paid in full.

Dated at New Haven, Connecticut on November 13, 2003.

                                  UNITED STATES OF AMERICA

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  CHRISTINE SCIARRINO
                                  ASSISTANT U.S. ATTORNEY
                                  POST OFFICE BOX 1824
                                  NEW HAVEN, CONNECTICUT 066510
                                  (203) 821-3700
                                  FEDERAL BAR NO: ct03393

## **PAGE 2 - CERTIFICATE OF INDEBTEDNESS - CARSON WRIGHT**

The law requires [42 CFR 62.10(c)] that:

> Pursuant to 42 U.S.C. 254o(b)(1), if a participant fails, for any reason, to begin or complete the period of obligated service, the participant must pay the United States damages equal to three times "(p" (where "(p" equals the scholarship amounts paid to or on behalf of the participant and the interest on such amounts, as if they were loans bearing interest at the maximum legal prevailing rate), proportionately reduced by the percentage of the period of obligated service performed by the participant. Payment of the damages shall be made within 1 year of the date the participant failed to begin or complete the period of obligated service, as determined by the Secretary. 42 C.F.R. 62.10(c).

On August 30, 2000, you were notified that you had been placed in default of the conditions of your NHSC Scholarship Contract. You were provided instructions for entering into a repayment agreement (RA), and advised that a good faith payment should accompany your proposed monthly repayment amount.

By letter dated August 1, 2001, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into a RA. You did not make any payments, nor did you respond.

In a letter dated October 9, 2001, you were notified of the DHHS' intent to refer your debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, a RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not respond.

On July 15, 2002, you were given a final notice regarding your debt. You were advised that failure to make full or partial payment within sixty (60) days would result in your account being referred to the Department of Treasury for offset, consumer reporting agencies, a private collection agency, or the DOJ for enforced collection.

As you had neither submitted a request for an RA or forbearance agreement, nor made any payments on your debt, your debt was referred to the U.S. Department of Justice for collection on April 2, 2003.

After a complaint was filed against you by the U.S. Department of Justice, you submitted documentation relating to your claim that you had fulfilled your NHSC Scholarship Program obligation through employment at the Charter Oak Terrace/Rice Heights Health Center in Hartford, Connecticut, from November 17, 1999 through November 16, 2001. After investigating your claim, the NHSC determined that you satisfied 718 days of your 2-year (731-day) service obligation. Accordingly, the amount owed to the United States is equal to three times the total scholarship award (plus interest), proportionately reduced for 718 days of service performed.

The amount due should be remitted promptly by check, draft or money order(s) payable to the "Department of justice" and mailed directly to the United States Attorney, District of Connecticut, Connecticut Financial Center, 157 Church Street, 23$r^d$ Floor, New Haven, CT 06510.