UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Docket No. 3:03CV00709(CFD) |
| VS. | : |
| CARSON WRIGHT, | : |
| Defendant. | : November 13, 2003 |

GOVERNMENT'S MOTION TO AMEND COMPLAINT

The Government hereby files this motion pursuant to Fed.R.Civ.P. 15(a) which permits the amending of pleadings by leave of court, and further provides that leave to amend "shall be freely given when justice so requires."

In support of this motion, the Government submits that it commenced this student loan collection action on April 21, 2003. The Government alleged that the Defendant, Carson Wright, had defaulted on a Nation Health Service Corps (NHSC) Scholarship Program. The NHSC Program provides students with tuition and other related funds. In exchange for receiving the funds, the student agrees that, upon graduation, he/she will provide full-time health services for a specified period of time, in an area designated by the Government as having a medical professional manpower shortage. The Defendant, Carson Wright filed his Answer on May 6, 2003, in which he stated that he may have fulfilled his service obligation. Dr. Wright's Answer prompted voluntary discovery, through which the Government was able to verify that some of the health services provided by Dr. Wright upon his graduation qualified as credit toward his service obligation. Accordingly, the Government has recalculated its debt, offsetting the amount of Dr. Wright's debt by the service credit to which he is entitled.

[Handwritten margin note: Granted, absent objection. So ordered. 12/31/03]