UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | FILED |
| Plaintiff, | : | 2004 JAN 13 P 2: 17 |
| v. | : | CIVIL NO. 3:03CV00709 (CFD) |
| Carson Wright, | : | US DISTRICT COURT HARTFORD, CT. |
| Defendant. | : | January 8, 2004 |

**REQUEST TO ENTER DEFAULT**

To the Clerk of the United States District Court for the District of Connecticut:

You will please enter the default of the defendant for failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, as appears from the affidavit hereto attached.

        RESPECTFULLY SUBMITTED,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        */s/*

        CHRISTINE SCIARRINO
        ASSISTANT UNITED STATES ATTORNEY
        POST OFFICE BOX 1824
        NEW HAVEN, CONNECTICUT 06508
        (203) 821-3700
        FEDERAL BAR NO: ct03393

**C E R T I F I C A T I O N**

The undersigned Assistant United States Attorney hereby certifies that the within and foregoing Request to Enter Default and Affidavit for Entry of Default were sent to the defendant, Carson Wright at 50 Gillett St. #A4, Hartford, Connecticut 06105 on January 12, 2004.

*[signature]*
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

Walter J. Kupchunos, Jr.
Sheriff of Hartford County
1 Christine Lane, South Windsor, CT 06074
Mailing Address: P.O. Box 1114
South Windsor, CT 06074
Phone: (860) 644-2052   FAX: (860) 644-0472   Cell: 205-8999

## United States District Court
## District of Connecticut

**UNITED STATES OF AMERICA**             Case Number: 303CV00709 CFD
v.
**CARSON WRIGHT**

STATE OF CONNECTICUT   )
                       ) SS: HARTFORD, APRIL 26, 2003
COUNTY OF HARTFORD     )

    Then and by virtue hereof, and by direction of the Assistant U.S. Attorney, on the 26th day of April, 2003, I made due and legal service upon the within named defendant **CARSON WRIGHT,** by leaving a verified true and attested copy of the original Summons in a Civil Action, Order on Pretrial Deadlines, Notice to Counsel, Order RE: Disclosure Statement, Helpful Hints for Counsel, Civil Cover Sheet, Complaint and Certificate of Indebtedness at his usual place of abode, 50 Gillett Street, #A-4, in the said Town of Hartford.

    The within is the original Summons in a Civil Action, Order on Pretrial Deadlines, Notice to Counsel, Order RE: Disclosure Statement, Helpful Hints for Counsel, Civil Cover Sheet, Complaint and Certificate of Indebtedness with my doings hereon endorsed.

| | | |
|---|---|---|
| Pages: | 11.00 | ATTEST: |
| End.: | 1.20 | |
| Service: | 30.00 | Walter J. Kupchunos, Jr. |
| 24 Miles: | 8.64 | An Indifferent Person |
| | ===== | |
| | 50.84 | |

WK040553

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 3:03CV00709 (CFD) |
| Carson Wright, | : | |
| Defendant. | : | January 8, 2004 |

**AFFIDAVIT**

State of Connecticut        :
                            :ss:  New Haven, Connecticut
County of New Haven         :

Christine Sciarrino, deposes and says:

1. That she is the Assistant United States Attorney for the plaintiff in the above-entitled action.

2. That the complaint and summons in this action were served on defendant on April 26, 2003, as appears from the State Marshal's return of service, which is attached.

3. That the Government amended its compliant and served a copy of the amended complaint by mail on the defendant on or about November 11, 2003.

4. That the time within which the defendant may answer or otherwise move as to the amended complaint has expired.

5. That defendant has not answered or otherwise moved as to the amended complaint and the parties have not reached a settlement of this case.

6. That the time for defendant to answer or otherwise move has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

_____
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me on this 9th day of January, 2004 at New Haven, Connecticut.

_____
David J. Sheldon
Commissioner of the Superior Court