UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States of America

V.                                  Case Number:  3:03cv709 (CFD)

Carson Wright

Doc. # **10**

Default entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at Hartford, Connecticut, March 1, 2004.

KEVIN F. ROWE, CLERK

By: *Barbara Grady*
Barbara Grady
Deputy Clerk