UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America, :

        Plaintiff, :

    v. : CIVIL NO. 3:03CV00709 (CFD)

Carson Wright, :

        Defendant. : May 17, 2004

FILED 2004 MAY 18 A 11: 10
U.S. DISTRICT COURT
HARTFORD, CT.

**REQUEST FOR ENTRY OF**
**JUDGMENT ON DEFAULT**

To the Clerk of the United States District Court, District of Connecticut:

    Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon the affidavit attached hereto, you will please enter judgment by default against Carson Wright, defendant in the above-entitled action, for the amount of $6,066.74 plus interest at 13.238% per annum on the principal of $2,982.62 that has accrued from May 17, 2004, to the date of judgment. The federal plaintiff further requests that statutory interest accrue on the amount of the judgment pursuant to 28 U.S.C. § 1961, from the date judgment is entered herein.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              CHRISTINE SCIARRINO
                              ASSISTANT UNITED STATES ATTORNEY
                              P. O. BOX 1824
                              NEW HAVEN, CONNECTICUT 06508
                              (203) 821-3700
                              FEDERAL BAR NO: ct03393

- 2 -

## C E R T I F I C A T I O N

The undersigned Assistant United States Attorney hereby certifies that the within and foregoing was sent to the defendant, Carson Wright at 50 Gillett St. #A4, Hartford, Connecticut 06105 on May 17, 2004.

*[signature]*

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America,<br>           Plaintiff,<br>    V.<br>Carson Wright,<br>           Defendant. | :<br>:<br>: Civil No. 3:03CV00709 (CFD)<br>:<br>:<br>: May 17, 2004 |

**AFFIDAVIT IN SUPPORT OF REQUEST**
**FOR ENTRY OF JUDGMENT ON DEFAULT**

State of Connecticut            :
County of New Haven             : ss: New Haven, Connecticut

**Rosemary Oren**, deposes and says:

1. That I am a Legal Assistant, in the Financial Litigation Unit of the United States Attorney's Office located in New Haven, Connecticut;

2. That I make this affidavit pursuant to the provisions of the Federal Rules of Civil Procedure and Soldiers and Sailors Relief Act. A copy of the Affidavit of Military Service has been filed with the court;

3. That the defendant is indebted to the United States in the principal amount of $2,982.62. Interest is accruing on the principal amount at 13.238% per annum or $1.08 per day. The total amount of interest that has accrued on the principal as of May 17, 2004 is $3,084.12.

Therefore, defendant is indebted to the United States for the total sum of $6,066.74.

I swear under penalty of perjury that the foregoing statement is true and correct to the best of my belief and knowledge.

_____
Rosemary Oren
Legal Assistant

-2-

Subscribed and sworn before me on this 17th day of May 2004, at New Haven, Connecticut.

_____
Christine Sciarrino
Commissioner of the Superior Court