UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,        :

        Plaintiff,        :

    v.                               :  CIVIL NO. 3:03CV00709 (CFD)

Carson Wright,                   :

        Defendant.        :  May 17, 2004

**FILED**
2004 MAY 18 A 11: 10
U.S. DISTRICT COURT
HARTFORD, CT.

### REQUEST FOR ENTRY OF JUDGMENT ON DEFAULT

To the Clerk of the United States District Court, District of Connecticut:

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon the affidavit attached hereto, you will please enter judgment by default against Carson Wright, defendant in the above-entitled action, for the amount of $6,066.74 plus interest at 13.238% per annum on the principal of $2,982.62 that has accrued from May 17, 2004, to the date of judgment. The federal plaintiff further requests that statutory interest accrue on the amount of the judgment pursuant to 28 U.S.C. § 1961, from the date judgment is entered herein.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CONNECTICUT 06508
(203) 821-3700
FEDERAL BAR NO: ct03393

**ORDERED ACCORDINGLY**
KEVIN F. ROWE
Clerk, U. S. District Court
By _____
Deputy Clerk

FILED 2004 MAY 25 P 12: 13 U.S. DISTRICT COURT HARTFORD, CT.