UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*2004 MAY 25 P 12: 32*

*U.S. DISTRICT COURT*
*HARTFORD, CT.*

UNITED STATES OF AMERICA

v.

CARSON WRIGHT

CASE NO. 3:03CV709 (CFD)

### DEFAULT JUDGMENT

The defendant, Carson Wright  having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on March 1, 2004, and

The plaintiff, United States of America, having filed on May 18, 2004 a  Request for Entry of Judgment on Default and an Affidavit  pursuant to the provisions of Rule 55(b)(1) of the Federal Rules of Civil Procedure and the court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff against the defendant in the amount of $6,066.74 plus statutory interest on the amount of the judgment pursuant to Title 28, U.S.C., §1961, from the date judgment is entered.

Dated at Hartford, Connecticut, this 25th day of May, 2004

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____